No. 393. `Wilson et al.` *v.* `Kitchens`. Supreme Court of Arkansas. Certiorari denied. *J. E. Gaughan*

for petitioners. *W. H. Kitchens, Jr.* and *J. R. Wilson* for respondent.